**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SCOTT_____ v. NCO FINANCIAL SYSTEMS_____ No. 12-1789-BEN(WVG)

HON. WILLIAM V. GALLO      CT. DEPUTY J. YAHL            RPTR._____

                                    Attorneys
    Plaintiffs                                      Defendants

_____    _____

_____    _____

_____

Defendant United Student Aid Fund, Inc.'s Ex Parte Motion to Continue Case Management Conference and Settlement Conference (Doc. No. 21) is GRANTED in part and DENIED in part.

The Case Management Conference and Settlement Conference shall be held on December 13, 2012 at 9:00 AM.

All parties or their representatives who have full authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference.

Pursuant to Local Civil Rule 16.3, all party representatives and claims adjusters for insured defendants with full and unlimited authority to negotiate and enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at the mandatory settlement conference.  Retained outside corporate counsel shall not appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.

"Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties.  Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party.  Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference.  Id. at 486.  A limited or a sum certain of authority is not adequate.  Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

If Defendant United Student Aid Funds wishes to add to the Joint Discovery Plan submitted to the Court by Plaintiff and Defendant NCO Financial Systems, it may do so. Any such addition shall be submitted on or before December 11, 2012.

DATED:  December 7, 2012

_____
Hon. William V. Gallo
U.S. Magistrate Judge