FILED

13 OCT -2 AM 10:25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KCM  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK W. SCOTT, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.; UNITED STUDENT AID FUNDS, INC.; and DOES 1 through 10 inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 12-cv-1789-BEN (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Docket No. 37] |

Before this Court is the parties' Joint Motion to Dismiss (Docket 37). For good cause shown, this action is **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees, expenses, and costs.

Dated: October __, 2013

　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　United States District Judge